UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 06 B 04113
   SAMUEL L WIGGINS
   LAURA M WIGGINS                          CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

            Debtor
   SSN XXX-XX-2906     SSN XXX-XX-1697
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/13/06 .

2. Case reassigned to Marilyn Marshall, Trustee, 05/25/2006.

3. The Debtor paid a total of $   784.99 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE C | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE C | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HOUSEHOLD FINANCIAL CORP | SECURED | .00 | .00 | .00 |
| HOUSEHOLD FINANCIAL CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WFFINACCPT | SECURED | .00 | .00 | 515.95 |
| WFFINACCPT | SECURED | .00 | .00 | 247.85 |
| ALL AMERICAN CASH ADVANC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| DCS INC | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ONE IRON VENTURES | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 763.80 | .00 | .00 | .00 | 763.80 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 763.80 | .00 | .00 | .00 | 763.80 |

The Debtor's attorney, LEGAL HELPERS PC          , was allowed $     .00 and was paid $     .00 .

The Trustee received $    21.19 .

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/20/06                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 04113 SAMUEL L WIGGINS & LAURA M WIGGINS