IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wiggins, Samuel L | Case Number: 06 B 04113 |
|---|---|---|
| | Wiggins, Laura M | Judge: Squires, John H |
| | Printed: 3/11/08 | Filed: 5/25/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 30, 2008
Confirmed: July 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,770.01 |  |
| Secured: |  | 11,063.43 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 706.58 |
| Other Funds: |  | 0.00 |
| Totals: | 13,770.01 | 13,770.01 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,000.00 | 2,000.00 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 4. | All American Cash Advance | Secured | 0.00 | 0.00 |
| 5. | All American Cash Advance | Secured | 0.00 | 0.00 |
| 6. | Wells Fargo Financial | Secured | 14,797.62 | 3,231.24 |
| 7. | Wells Fargo Financial | Secured | 21,964.58 | 4,796.26 |
| 8. | National City Mortgage Co | Secured | 6,199.87 | 1,792.57 |
| 9. | Beneficial Illinois Inc | Secured | 4,300.50 | 1,243.36 |
| 10. | Wells Fargo Financial | Unsecured | 0.00 | 0.00 |
| 11. | American General Finance | Unsecured | 192.36 | 0.00 |
| 12. | AFSCI | Unsecured | | No Claim Filed |
| 13. | American Investment Bank | Unsecured | | No Claim Filed |
| 14. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | Collection Company Of America | Unsecured | | No Claim Filed |
| 17. | Nicor Gas | Unsecured | | No Claim Filed |
| 18. | MRSI | Unsecured | | No Claim Filed |
| 19. | USA Payday Loans | Unsecured | | No Claim Filed |
| 20. | Nuvell Credit Company LLC | Unsecured | | No Claim Filed |
| 21. | USA Payday Loans | Unsecured | | No Claim Filed |
| 22. | One Iron Ventures | Unsecured | | No Claim Filed |
| 23. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 24. | Rush Copley Medical Center | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Wiggins, Samuel L<br>Wiggins, Laura M<br>Printed:  3/11/08 | Case Number:  06 B 04113<br>Judge:  Squires, John H<br>Filed:  5/25/06 |

$ 49,454.93        $ 13,063.43

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 133.50 |
| 4.8% | 210.65 |
| 5.4% | 362.43 |
| | $ 706.58 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____